**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DAVID TELLEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:15-cv-01693-SMS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

　　　By motion filed November 7, 2015, Plaintiff Robert David Tellez seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

　　　Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*. The Clerk of Court is directed to issue a summons along with new case documents. The United States Marshal is directed to serve a copy of the complaint, summons and this order upon the Commissioner as directed by Plaintiff.

IT IS SO ORDERED.

　　Dated:　**November 10, 2015**　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE