JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:                541-593-4452
Email:            jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT DAVID TELLEZ, | ) | Case No.  1:15-cv-01693-SMS |
| | ) | |
| Plaintiff | ) | **STIPULATION AND PROPOSED** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S MOTION** |
| | ) | **FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to September 3, 2016, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  This extension is requested because Plaintiff's counsel has several Ninth Circuit briefs due in the next couple of weeks and is experiencing a heavier than usual work load.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                                         Respectfully submitted,

Date:  August 4, 2016                    JACQUELINE A. FORSLUND
                                                       Attorney at Law

                                         */s/Jacqueline A. Forslund*
                                         JACQUELINE A. FORSLUND

                                         Attorney for Plaintiff

Date:  August 4, 2016                    PHILLIP A. TALBERT
                                                       Acting United States Attorney
                                                       DEBORAH STACHEL
                                                       Acting Regional Chief Counsel, Region IX
                                                       Social Security Administration

                                         */s/Carolyn Chen*
                                         CAROLYN CHEN
                                         Special Assistant United States Attorney
                                         *By email authorization

                                         Attorney for Defendant

                                                   <u>ORDER</u>

IT IS SO ORDERED.

   Dated:  **August 5, 2016**                    **/s/ Sandra M. Snyder**
                                                          UNITED STATES MAGISTRATE JUDGE