JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:	541-593-4452
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| ROBERT DAVID TELLEZ, | ) | Case No.  1:15-cv-01693-SMS |
|---|---|---|
|  | ) |  |
| Plaintiff | ) | **STIPULATION AND** |
|  | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| CAROLYN W. COLVIN, | ) |  |
| Acting Comm'r of Social Security, | ) |  |
|  | ) |  |
| Defendant | ) |  |
|  | ) |  |
| _____ | ) |  |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to October 6, 2016, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension.  This extension is requested because Plaintiff's counsel is ill and has a backlog in her workload.  The parties further stipulate that the Court's Scheduling Order be modified accordingly.

**Tellez v. Colvin**             Stipulation and Proposed Order      E.D. Cal. 1-15-cv-01693-SMS

Respectfully submitted,


Date:  September 5, 2016          JACQUELINE A. FORSLUND
                                   Attorney at Law


                                   */s/Jacqueline A. Forslund*
                                   JACQUELINE A. FORSLUND

                                   Attorney for Plaintiff


Date:  September 6, 2016          PHILLIP A. TALBERT
                                   Acting United States Attorney
                                   DEBORAH STACHEL
                                   Regional Chief Counsel, Region IX
                                   Social Security Administration

                                   */s/ Annabelle J. Yang on behalf of Carolyn Chen*
                                   ANNABELLE J. YANG ON BEHALF OF
                                   CAROLYN CHEN
                                   Special Assistant United States Attorney
                                   *By email authorization

                                   Attorney for Defendant


                                          ORDER

IT IS SO ORDERED.

   Dated:   **September 6, 2016**              **/s/ Sandra M. Snyder**
                                           UNITED STATES MAGISTRATE JUDGE

**Tellez v. Colvin**          Stipulation and Proposed Order     E.D. Cal. 1-15-cv-01693-SMS