JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:	541-419-0074
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DAVID TELLEZ, ) | |
| ) | Case No. 1:15-cv-01693-GSA |
| Plaintiff, ) | |
| ) | **STIPULATION AND** |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v. ) | **TO FILE PLAINTIFF'S REPLY** |
| ) | **BRIEF** |
| CAROLYN W. COLVIN, ) | |
| Acting Comm'r of Social Security, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| _____ ) | |

  IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 7 days to November 30, 2016, for Plaintiff to file the Reply Brief, in accordance with the Court's Scheduling Order.  This is the first extension of time Plaintiff has requested for the filing of the Reply Brief and is requested because Plaintiff's counsel has another brief due this day and will not be able to complete both.

  The parties further stipulate that the Court's Scheduling Order be modified accordingly.

///

///

///

**Tellez v. Colvin**　　　　　　　　**Stipulation and Order**　　　　**E.D. Cal. 1:15-cv-01693-GSA**

Respectfully submitted,

Date:  November 23, 2016          JACQUELINE A. FORSLUND
                                  Attorney at Law


                                  */s/Jacqueline A. Forslund*
                                  JACQUELINE A. FORSLUND

                                  Attorney for Plaintiff


Date:  November 23, 2016          PHILIP A. TALBERT
                                  Acting United States Attorney
                                  DEBORAH STACHEL
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                                  */s/\*Carolyn Chen*
                                  CAROLYN CHEN
                                  Special Assistant United States Attorney
                                  *By email authorization

                                  Attorneys for Defendant


                                  ORDER

   Pursuant to the above stipulation (Doc. 18), Plaintiff shall file any optional Reply Brief no later than **November 30, 2016**.


IT IS SO ORDERED.

   Dated:   **November 29, 2016**              **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE



**Tellez v. Colvin**           **Stipulation and Order**      **E.D. Cal. 1:15-cv-01693-GSA**